```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
     CIVIL DOCKET ENTRIES FOR CASE A05-0127--CV (JWS)
              "COLBY COWARD V ALASKA ACES LLC"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/08/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (791) Employee Retirement Income Security Act of 1974

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 06/08/05 receipt # 00125902
          Trial by:
```

Parties of Record:                              Counsel of Record:

PLF 1.1          COWARD, COLBY                  Darryl L. Thompson
                                                841 I Street
                                                Anchorage, AK 99501
                                                907-272-9322

DEF 1.1          ALASKA ACES LLC                Dan K. Coffey
                                                Law Office of Dan K. Coffey
                                                207 E. Northern Lights Boulevard
                                                Suite 200
                                                Anchorage, AK 99503
                                                907-274-3385
                                                FAX 907-274-4258

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0127--CV (JWS)
                              "COLBY COWARD V ALASKA ACES LLC"

                                     For all filing dates
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 06/08/05
             Closed: NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (791) Employee Retirement Income Security Act of 1974

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 06/08/05 receipt # 00125902
           Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/08/05 | Complaint filed; Summons issued. |
| 2 - 1 | 06/21/05 | DEF 1 Attorney Appearance of D. Coffey. |
| 3 - 1 | 06/28/05 | DEF 1 Answer and Counterclaim. |
| 4 - 1 | 07/07/05 | PLF 1 Answer to Counterclaim. |
| 5 - 1 | 07/08/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 6 - 1 | 08/05/05 | PLF 1; DEF 1 Report re: stat of joint settl negotiation; parties to file rpt re settl negotiations w/i 45 days. |
| 7 - 1 | 08/10/05 | JWS Minute Order that updated stat rpt or closing papers due w/i 45 days of date of this ord. cc: cnsl |
| 8 - 1 | 09/22/05 | DEF 1 Jnt Status Report. |