DARRYL THOMPSON, P.C.
841 I Street
Anchorage, Alaska  99501
(907) 272-9322

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALASKA ACES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No.  A05- 127 CV |

**STATUS REPORT**

COMES NOW the Plaintiff, COLBY COWARD, by and through his undersigned counsel, and respectfully submits this Status Report to the court. The parties are still hopeful that they will be able to settle this case reasonable soon.  It was originally anticipated that the parties would be utilizing Retired Judge Branson for mediation services however, it was then found out that Judge Branson is not conducting mediation services so the plaintiff suggested to the defendant the use of Just Resolution and Judge Ripley.  The defendants have rejected Judge Ripley as a mediator and suggested that the parties proceed to Arbitration through the AAA.  Rather then spend additional attorney fees on an arbitration, counsel for the plaintiff is waiting to see whether the defendant will agree to a different, local mediator  such as Brian Shortell or Judge

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**

Hanson.  It is anticipated that a mediator will be agreed upon later in the week and the parties will proceed to mediation.  The parties will again notify the court regarding status of settlement within thirty (30) days.         D A T E D   a t Anchorage, Alaska, this ___ day of February, 2006.

        THE LAW OFFICES OF DARRYL L. THOMPSON, P.C.
        Attorneys for Plaintiff

        _____e/signed_____
        Darryl L. Thompson
        Alaska Bar No.8706055

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373