UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  COLBY COWARD   v.   ALASKA ACES LLC.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                  CASE NO.   3:05-cv-00127-TMB

 Patty Demeter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 2, 2006

      The court has received a status report dated February 1, 2006.  The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before March 2, 2006, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}