IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD,<br><br>    Plaintiff<br><br>    -vs-<br><br>ALASKA ACES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-127.CV |

## MOTION FOR BINDING ARBITRATION

COMES NOW the undersigned, the Law Offices of Ernouf & Coffey, PC, hereby moves this Court to order arbitration of this matter pursuant to the employment contract and supported by the attached Memorandum of Law.

DATED at Anchorage, Alaska this 10th day of March 2006.

The Law Offices of Ernouf & Coffey, PC

*[signature]*

W. Sherman Ernouf
Alaska Bar No. 9806026

THE LAW OFFICES OF
ERNOUF & COFFEY

A PROFESSIONAL
CORPORATION

207 East Northern Lights
Boulevard, Suite 200
Anchorage, Alaska
99503

Phone (907) 274-3385
Fax   (907) 274-4258

1