IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD,<br><br>    Plaintiff<br><br>    -vs-<br><br>ALASKA ACES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-127.CV |

### ORDER

The Court has reviewed and considered the Defendant's Motion and Memorandum in Support of the Motion for Binding Arbitration.

IT IS HEREBY ORDERED that the Defendant's Motion for Binding Arbitration be GRANTED and that this case is dismissed pending private arbitration of this dispute.

DATED at Anchorage this ____ day of March 2006.

By: _____
Judge of the United States
District Court

Page 1 of 1

THE LAW OFFICES OF
ERNOUF & COFFEY

A PROFESSIONAL
CORPORATION

207 East Northern Lights
Boulevard, Suite 200
Anchorage, Alaska
99503

Phone (907) 274-3385
Fax (907) 274-4258