IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

COLBY COWARD,                )
                             )
    Plaintiff        )
                             )
    -vs-             )
                             )
ALASKA ACES, LLC,            )
                             )
    Defendant.       )
_____) Case No. A05-127.CV

### MEMORANDUM IN SUPPORT OF MOTION FOR BINDING ARBITRATION

This Memorandum is in support of the Motion for Binding Arbitration and in lieu of the fact that the parties have been unable to reach a resolution to this matter through negotiations between counsel.

The Plaintiff filed his Complaint in June of 2005 and has based his allegations on specific terms stated in an Employment Contract between the parties dated July 24th, 2004. *See Exhibit 1.* The contract at paragraph 8 provides:

> "Arbitration: Any claim arising out of this Contract shall be settled by binding arbitration in accordance with the rules then existing for the American Arbitration Association, of which, the Employer shall bear the full and total cost."

THE LAW OFFICES OF
ERNOUF & COFFEY

A PROFESSIONAL
CORPORATION

207 East Northern Lights
Boulevard, Suite 200
Anchorage, Alaska
99503

Phone (907) 274-3385
Fax   (907) 274-4258

The arbitration provision of the contract was a bargained for exchange designed specifically to avoid a costly and time-consuming litigation process. Plaintiff's counsel has suggested several options for local mediation services, However, Defendant is not willing to consider non-binding mediation of this matter and is electing to abide by the terms of the private party Contract in dispute and wishes to proceed with arbitration through the American Arbitration Association process. The Defendant feels strongly that litigating this matter further in this Court is onerous and more expensive than what is necessary to resolve this matter. Pursuant to the terms, the Defendant agrees to pay the full and total cost of arbitration.

The Defendant Alaska Aces, LLC, prays that the Court grant their Motion for Arbitration as agreed to by the parties in the contract, which is at the center of this dispute.

DATED at Anchorage, Alaska, this 10TH day of March 2006.

THE LAW OFFICES OF
ERNOUF & COFFEY

A PROFESSIONAL
CORPORATION

207 East Northern Lights
Boulevard, Suite 200
Anchorage, Alaska
99503

Phone (907) 274-3385
Fax   (907) 274-4258

By: _____
W. Sherman Ernouf
Attorney for the Defendant
Alaska Bar No. 9806026

THE LAW OFFICES OF
ERNOUF & COFFEY

A PROFESSIONAL
CORPORATION

207 East Northern Lights
Boulevard, Suite 200
Anchorage, Alaska
99503

Phone (907) 274-3385
Fax   (907) 274-4258