# EMPLOYMENT CONTRACT

THIS EMPLOYMENT CONTRACT is entered into this 24rd day of July, 2002, between THE NEW ANCHORAGE ACES, LLC, an Alaskan Limited Liability Company, whose address for all purposes herein is 3838 West 50th Avenue, Anchorage, Alaska 99502, hereinafter "Employer" or "New Aces" and COLBY COWARD, whose address for all purposes herein is 1914 Sturbridge Court, Anchorage, Alaska 99507, hereinafter "Employee" or "Vice President Sales and Marketing".

WHEREAS, the Employer owns and operates a professional hockey team in Anchorage, Alaska known as the Anchorage Aces, hereinafter "ACES" which competes in the West Coast Hockey League, hereinafter "WCHL"; and

WHEREAS, the Employee is experienced in the marketing of professional sports teams and in particular has been employed in the capacity as the Senior Director of Marketing and Acting General Manager of the Aces under its previous ownership; and

WHEREAS, the parties have reached an agreement whereby the Employer will employ the Employee in the capacity as the Vice President Sales and Marketing for the Aces; and

WHEREAS, the parties have concluded that it is in their best interests to reduce all of their agreements and all of their negotiations to writing;

NOW, THEREFORE, in consideration of the mutual covenants, conditions, and promises contained herein, the receipt and sufficiency of which is acknowledged by the parties hereto,

IT IS HEREBY AGREED as follows:

1. <u>RECITALS</u>: The recitals hereinabove set forth are incorporated herein by reference for all purposes and this contract shall be construed accordingly.

2. <u>TERM OF EMPLOYMENT</u>: Employer will employ the Employee for a term of ten (10) months beginning, July 24, 2002, and ending on May 31, 2003.

3. <u>DUTIES OF Employee</u>: As Vice President Sales and Marketing, the Employee shall:

    a) direct and supervise the Sales staff, including the seasons ticket customers;

    b) maintain current sponsors;



c) hire and train ticketing sales team;

d) direct and support the promotions on and off the ice;

e) meet weekly with the GM and Managing Member;

f) organize a yearly calendar complete with the promotions and advertising schedules;

g) organize a school and community program complete with players and mascot appearances;

h) actively find new ways to increase inventory and sponsorship dollars;

I) coordinate the Guns and Hoses Hockey game and support the team in its advertising and promotion of the hockey team.

j) report to Terry Parks, the Managing Member of the New Aces, on all matters relating to his responsibilities.

k) use his best efforts to perform all of the duties set forth above; shall report openly and honestly to the Managing Members at all times; shall place the best interests of the Aces first in his mind and shall work within the policies and procedures set forth by the Membership of the New Aces.

l) have no other employment during the term of this Agreement.

m) during the term of his employment, promptly reveal to the Managing Member all matters coming to his attention pertaining to the business or interests of the business. The Employee will not, without the express written consent of the Membership of the New Aces, take any business opportunity, which may otherwise be available to the Corporation. It is the Employee's duty, during the term of this agreement, to devote his best efforts to advance the interest of the Corporation.

4. COMPENSATION. COMPENSATION. The Employee's compensation shall be a combination of a base salary and an incentive package as described in Exhibit "1" which will be attached no later than October 31, 2002 exhibit will be mutually agreed on in writing by both parties. The Employee is employed in a management capacity and shall not be paid hourly, nor shall he be entitled to overtime compensation. Between July 24, 2002 and October 31, 2002, the employee's compensation shall be $1,250.00 per week. A formal compensation plan along with an operating budget shall

be put in place prior to October 31, 2002 or sooner, at which time the plan will replace this payment plan.

In addition, the employee shall be provided the following benefits:

    a) Annual vacation: After 10 months of employment, employee shall receive 2 weeks of paid vacation and 5 days of personal time off. (PTO)

    b) Health insurance: For the first 12 weeks, employee shall receive $70.00 per week for medical insurance after which the employer shall provide health care coverage for employee and family.

    c) Vehicle: Employer shall pay the employee $.29 per mile when he uses a vehicle on official company business or the employer may elect to provide a car at the employers option.

    d) Retirement Plan: A Simple IRA plan will be in place by October 31, 2002. Plan to be provided during that time frame.

    e) OTHER BENEFITS OR COMPENSATION: Employee shall be given 4 season tickets for the use of his family or friends, these tickets are not to be sold. Employee shall be given an allowance for Official Aces Merchandise to be used while he performs his duty as Vice President Sales and Marketing. A cell phone shall be provided with a maximum of 2000 minutes of use to be paid for by the employer.

    5. DISCLOSURE OF INFORMATION TO THIRD PARTIES: The Employee recognizes and acknowledges that proprietary information and trade secrets are a valuable, special and unique asset of the Company. The Employee will not, during or after the term of his employment, disclose any of this information to any person, firm, corporation, association or other entity for any reason or purpose whatsoever.

    a) In the event of such breach or threatened breach by the Employee of the provisions of this paragraph, the New Aces shall be entitled to an injunction restraining the Employee from disclosing, in whole or in part, any information concerning the foregoing materials or from rendering any services to any person, firm, corporation, association or other entity to whom such information, in whole or in part, has been disclosed or its threatened to be disclosed.

    6. TERMINATION: The Employer may not terminate this agreement unless cause is given by the Employee to warrant his

termination. Cause shall be limited to any acts of dishonesty, deceit or fraud by the Employee or to the failure of the Employee to perform the duties and obligations set forth under the terms and provisions of this Contract in a manner satisfactory to the Members of the New Aces, applying reasonable and appropriate standards in making such determination.

   a) In the event of termination, the Members shall meet with the Employee to discuss the reasons for the termination and shall provide a written statement to the Employee stating the reasons for his termination.

   b) Termination is subject to the arbitration provisions of this Contract.

   7. RENEWAL: This agreement may only be renewed upon the express written consent of both the Employer and the Employee.

   a) The parties agree to meet at least sixty (60) days prior to the expiration of this Contract to discuss its renewal. Neither party is obligated to agree to a renewal, but both parties are obligated to discuss, in good faith, the terms and provisions under which this Contract could be renewed.

   b) In the event Employer and Employee fail to agree in writing to renew this Contract, the employment relationship shall end on the date set forth above.

   8. ARBITRATION: Any controversy or claim arising out of or resulting to this Contract, or a breach thereof, including the termination of the Employee, shall be settled by binding arbitration in the City of Anchorage, Alaska in accordance with the rules then existing for the American Arbitration Association. A judgment upon the award rendered as a result of such arbitration may be entered in any court of competent jurisdiction. The results of such arbitration shall be absolutely binding upon the parties hereto and shall be determinative of the existence or nonexistence of any breach or claim arising hereunder. The Employer shall bear the full and total cost of any arbitration held in accordance with this section.

   9. ASSIGNMENT: The Employee may not assign any interest created hereunder nor delegate any duties imposed by this contract without the express written consent of the Membership of the New Aces, which consent may be given on such terms and conditions as it, in its reasonable discretion, determines. In the event that the Employee attempts to transfer, assign, convey or in any way dispose of any interest created under the terms of this contract, such transfer, assignment, conveyance or disposition shall be null and void and shall not be binding in

any respect on any of the other parties to this contract.

10. **Life Insurance:** The Employer may, in its discretion, at any time after the execution of this Contract, apply for and procure as owner and for its own benefit, key man insurance on the life of the Employee in such amounts and in such form as the Employer may, in its sole discretion, determine to be appropriate.

   a) Unless otherwise agreed in writing, the Employee shall have no interest whatsoever in any such policy or policies, but he shall supply such information and execute such documents as may be required by the insurance company or companies to whom the corporation has applied for such insurance. In addition the Employee shall submit to such physical examinations as may be required as a condition of such insurance.

11. **Drug Screening:** As a condition of employment, employee hereby agrees to submit to pre-employment drug screening, as well as random drug screening throughout the term of his employment.

12. **Notices:** Any notices required or permitted to be given under this agreement shall be sufficient if it is in writing and if it is sent by certified mail, return receipt requested, to the Employee's residence or to the Employer at its principal office.

13. **Preparation of Contract:** This Contract was drafted by Dan K. Coffey, on behalf of the Employer. The Employee acknowledges that he has been advised to secure review of the Contract by counsel of his own choosing. Counsel being available to all parties to this transaction, the rule of construction that a document be construed most strictly against the drafter, shall not apply to any judicial interpretation of this contract.

14. **Entire Agreement:** This instrument contains the entire agreement between the parties concerning the Employee's employment. It may not be charged orally, but only by agreement in writing, approved by the Membership of the New Aces and signed by the parties hereto.

15. **Jurisdiction:** This Contract is governed by the laws of the State of Alaska.

DATED at Anchorage, Alaska, this 24th day of July

COLBY COWARD, Employee                        NEW ACES, LLC, Employer

_____               By: _____
                                                  Terry D. Parks
                                                  Its: Managing Member

APPROVED at a membership meeting held in Anchorage, Alaska on the ___ day of _____, 2002.

MEMBERS: NEW ACES, LLC,

_____               _____
Terry D. Parks                                Jeffrey M. Van Abel

_____               _____
Steve Adams                                   Al Haynes

                                              _____
_____               Steve Agni
Dan K. Coffey