IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD,<br><br>    Plaintiff<br><br>    -vs-<br><br>ALASKA ACES, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-127.CV |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on March 10th, 2006, a true copy of Defendant's MOTION FOR BINDING ARBITRATION, MEMORANDUM IN SUPPORT OF MOTION FOR BINDING ARBITRATION plus attachment, ORDER, and CERTIFICATE OF SERVICE were mailed via First Class US Mail and faxed this day to:

**Darryl Thompson, Esq.**
**Law Office of Darryl L. Thompson, P.C.**
**841 I Street**
**Anchorage, Alaska  99501**
**Facsimile: (907) 277-1373**
**Attorney for Plaintiff**

THE LAW OFFICES OF ERNOUF AND COFFEY

_[signature]_

W. Sherman Ernouf
Ak Bar #9806026

Page 1 of 1

THE LAW OFFICES OF ERNOUF & COFFEY

A PROFESSIONAL CORPORATION

207 East Northern Lights Boulevard, Suite 200
Anchorage, Alaska 99503

Phone (907) 274-3385
Fax (907) 274-4258