DARRYL THOMPSON, P.C.
841 I Street
Anchorage, Alaska  99501
(907) 272-9322

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALASKA ACES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) **Case No.  A05- 127 CV** |

**CONDITIONAL NON-OPPOSITION TO
MOTION FOR BINDING ARBITRATION**

COMES NOW the Plaintiff, COLBY COWARD, by and through his undersigned counsel, and respectfully does not oppose to the defendant's Motion for an order for Binding Arbitration with the defendant to bear the full and total costs of arbitration.  However, the plaintiff maintains that this court should not dismiss this action, and should retain jurisdiction over the matter to ensure compliance with the order for arbitration and the allocation of total costs to the defendant and to reduce any arbitration award to a judgment.

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**

Non-Opposition to Motion for Binding Arbitration
Coward v. Alaska Aces, LLC
Case No. A05-127 CV
Page 1 of 2.

DATED at Anchorage, Alaska, this ___ day of March, 2005.

        THE LAW OFFICES OF DARRYL L. THOMPSON, P.C.
        Attorneys for Plaintiff

        By:   Darryl L. Thompson
                Alaska Bar No.8706055

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**

Non-Opposition to Motion for Binding Arbitration
Coward v. Alaska Aces, LLC
Case No. A05-127 CV
Page 2 of 2.