DARRYL THOMPSON, P.C.
841 I Street
Anchorage, Alaska  99501
(907) 272-9322

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ALASKA ACES, LLC, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) **Case No.  A05- 127 CV** |

## **STATUS REPORT**

COMES NOW the Plaintiff, COLBY COWARD, by and through his undersigned counsel, and respectfully submits this Status Report to the court. The parties are currently participating in the American Arbitration Association proceedings and are in the process of choosing an Arbitrator.

DATED at Anchorage, Alaska, this 17 day of May, 2006.

> s/ Darryl L. Thompson
> 841 I Street
> Anchorage, Alaska 99501
> 907-272-9322
> 907-277-1373 - Fax
> darrylthompson@akdltlaw.com
> Alaska Bar No.8706055

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Certificate of Service

I certify that on 5/17/06,

a copy of this foregoing document was served electronically on

Sherman Ernouf

s/ Darryl L. Thompson

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**