DARRYL THOMPSON, P.C.
841 I Street
Anchorage, Alaska 99501
(907) 272-9322

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| COLBY COWARD, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| ALASKA ACES, LLC, | ) |
|  | ) |
| Defendant. | ) |
| _____ | ) **Case No. A05- 127 CV** |

## STIPULATION TO DISMISS WITH PREJUDICE

COMES NOW all the parties, by and through their undersigned counsel, and stipulate that this matter is dismissed with prejudice as to all parties. Each party shall bear their own costs and attorney fees.

DATED at Anchorage, Alaska, this 29th day of November, 2006.

s/ Darryl L. Thompson
841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373 - Fax
darrylthompson@akdltlaw.com
Alaska Bar No.8706055

DATED at Anchorage, Alaska, this 29th day of November, 2006.

s/ Sherman Ernouf

The Law Office of Ernouf & Coffey
207 E. Northern Lights Blvd, Suite 200
Anchorage, Alaska 99503
907-274-385
907-274-4258 - Fax
<sernouf@eclawfirm.net>
Alaska Bar No.9806026

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373